IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANES SUBASIC, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on three pending motions by defendant Anes Subasic: (1) motion to take foreign depositions[1] (D.E. 1716); (2) motion to compel the government to produce copies of certain exhibits (D.E. 1744); and (3) renewed motion to compel the government to produce the exhibits (D.E. 1752). As of the date of this order, it appears that the government has not filed responses to these motions. With respect to the motion to take foreign depositions, it is not clear that the government was properly served. With respect to the motion and renewed motion to compel, the time has not yet passed for the government to respond. So that the court may proceed in an expeditious manner in resolving the issues raised in defendant's motions, the government is DIRECTED to file responses to all three motions (D.E. 1716, 1744, 1752) no later than Friday, 9 March 2012.

SO ORDERED, this the 2nd day of March 2012.

James E. Gates
United States Magistrate Judge

---

[1] This motion includes, as directed by the court's 24 January 2012 order (D.E. 1670), a request for leave to file the foreign deposition motion past the deadline for such motions.