MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Eastern District of North Carolina |
|---|---|---|

| Name *(under which you were convicted)*: <br> Hysen Sherifi | Docket or Case No.: <br> 5:09-CR-216-2FL |
|---|---|

| Place of Confinement: <br> USP Terre Haute | Prisoner No.: <br> 51768-056 |
|---|---|

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| V. | Hysen Sherifi |

**MOTION**

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA
    310 New Bern Avenue
    Raleigh, North Carolina  27601

    (b) Criminal docket or case number (if you know):  5:09-CR-216-2FL

2.  (a) Date of the judgment of conviction (if you know):  1/13/2012

    (b) Date of sentencing:  1/13/2012

3.  Length of sentence:  540 MONTHS; 5 YRS SUPERVISED RELEASE

4.  Nature of crime (all counts):

    Count 1: Consp to provide material support to terrorists, 18 U.S.C. § 2399A; Count 2: Consp to murder, kidnap, maim, & injure persons in a foreign country, in violation of 18 U.S.C. § 956(a); Counts 4 and 8: Poss of a firearm in furtherance of a crime of violence, 18 U.S.C. § 924(c); Count 11: Conspiracy to kill a federal officer or employee, 18 U.S.C. § 1117

5.  (a) What was your plea?  (Check one)

    (1)  Not guilty  ✓          (2)  Guilty  ☐          (3)  Nolo contendere (no contest)  ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have?  (Check one)          Jury  ✓          Judge only  ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes  ☐          No  ✓

8.  Did you appeal from the judgment of conviction?          Yes  ✓          No  ☐

9.  If you did appeal, answer the following:

   (a) Name of court:   United States Court of Appeals for the Fourth Circuit

   (b) Docket or case number (if you know):   12-4067

   (c) Result:   Affirmed by published opinion

   (d) Date of result (if you know):   2/4/2014

   (e) Citation to the case (if you know):   U. S. v. Hassan, 742 F.3d 104, (4th Cir. N. C. 2014)

   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☐

     If "Yes," answer the following:

     (1) Docket or case number (if you know):

     (2) Result:

     (3) Date of result (if you know):

     (4) Citation to the case (if you know):

     (5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

   Yes ☐     No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court:

     (2) Docket or case number (if you know):

     (3) Date of filing (if you know):

     (4) Nature of the proceeding:

     (5) Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:          Yes ☐          No ☐

(2)   Second petition:       Yes ☐          No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:** Mr. Sherifi's convictions under 18 U.S.C. Sec. 924(c) violate his constitutional rights to due process and must be vacated.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In light of the Supreme Court's decision in Johnson v. United States, 125 S. Ct. 2551(2015), conspiracy to murder no longer qualifies as a "crime of violence" within the meaning of Section 924(c), and, therefore, may not serve as a predicate for that offense. As such, Mr. Sherifi's convictions under Section 924(c) are based upon the unconstitutionally vague residual clause of that statute and must be vacated.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

There was no case law to support relief.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐        No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐        No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes [ ]          No [ ]

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes [ ]          No [ ]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ]          No [ ]

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground One was not raised previously because there was no case law to support relief.

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?          Yes [✓]          No [ ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

United States District Court for the Eastern District of North Carolina, 5:16-cv-665-FL, [DE 2248]
Pro se motion to vacate conviction and sentence which this filing seeks to incorporate by reference

15.    Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a)  At the preliminary hearing:

(b)  At the arraignment and plea:
Robert J. McAfee, New Bern, North Carolina

(c)  At the trial:
Robert J. McAfee

(d)  At sentencing:
Robert J. McAfee

(e)  On appeal:
John Clark Fischer, Winston-Salem, North Carolina

(f)  In any post-conviction proceeding:

(g)  On appeal from any ruling against you in a post-conviction proceeding:

16.    Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ✓          No ☐

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ✓          No ☐

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

 United States District Court for the Eastern District of North Carolina, 7:12-CR-20-BR-1

(b)  Give the date the other sentence was imposed:  5/10/2013

(c)  Give the length of the other sentence:   LIFE

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Mr. Sherifi's pro se motion was filed on June 27, 2016, within one year of the Supreme Court's decision in Johnson v. United States, 125 S. Ct. 2551(2015).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

vacate his convictions in Counts 4 and 8

or any other relief to which movant may be entitled.

/s/ Sherri Royall Alspaugh

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on                                              .

(month, date, year)

Executed (signed) on                    9/19/2016                    (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Appointed attorney is filing this motion on petitioner's behalf.

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Seth Morgan Wood
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601

Hysen Sherifi #51768-056
USP Terre Haute
POB 33
Terre Haute, IN 47808

by electronically filing the foregoing with the Clerk of Court on September 19, 2016, using the CM/ECF system which will send notification of such filing to the government. Service on Mr. Sherifi was made by U.S. Mail.

This the 19th day of September, 2016.

/s/ Sherri Royall Alspaugh
SHERRI ROYALL ALSPAUGH
Assistant Federal Public Defender
Chief Trial Attorney
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel
Appointed

14